# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaykh Muhammad Al Saud,<br>　　　　Petitioner,<br>v.<br>United States of America,<br>　　　　Respondent. | No.  4:15-CV-213-TUC-JAS<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Lynnette C. Kimmins that recommends granting the motion to dismiss the petition for writ of habeas corpus (Doc. 33).  A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired.  As such, the Court will not consider any objections or new evidence.

　　　　The Court has reviewed the record and concludes that the recommendations from Magistrate Judge Kimmins are not clearly erroneous.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　　(1) The Report and Recommendation by Magistrate Judge Kimmins (Doc. 40) is accepted and adopted.

(2) Defendants' Motion to Dismiss (Doc. 33) is GRANTED. The case is dismissed without prejudice; the Clerk is directed to enter judgment in favor of Defendants and close the case file.

Dated this 31st day of March, 2017.

Honorable James A. Soto
United States District Judge